UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOR MEZUMAN,

Plaintiff,

– against –

JYE LAWSON,

Defendant.

**ORDER**

26 Civ. 8783 (ER)

Ramos, D.J.:

On October 5, 2026, Plaintiff Dor Mezuman, proceeding *pro se*, filed a Complaint against Defendant Jye Lawson, alleging malicious prosecution and violations of 42 U.S.C. § 1983. Doc. 1. On October 21, 2026, Defendant submitted a letter requesting a pre-motion conference in anticipation of its motion to dismiss the Complaint. Doc. 7. A pre-motion conference was scheduled for November 20, 2026, at 10:30 a.m. Only Defendant's counsel was present, as Plaintiff failed to appear. A new conference has been scheduled for December 18, 2026 at 10:30 a.m.

Plaintiff is directed to attend the upcoming conference. Failure to do so may subject Plaintiff to sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: November 20, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.